1  Jason A. Cohen (SBN 216442)
2  Heather A. Rogers (SBN 316795)
   BORTON PETRINI, LLP
3  1320 Columbia Street, Suite 210
   San Diego, California  92101
4  Telephone (619) 232-2424
   Fax (619) 531-0794
5  E-mail:  jcohen@bortonpetrini.com
            hrogers@bortonpetrini.com
6
7  Attorneys for Defendants,
   John Freitas, Sr. and Carolyn Freitas

8                UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11 | THE UNITED STATES OF | Case No. 3:18-cv-01259-GPC-JLB
12 | AMERICA, |
   | | IN ADMIRALTY
13 | |
14 | Plaintiff, | **DEFENDANTS JOHN FREITAS, SR.**
15 | vs. | **AND CAROLYN FREITAS' MOTION**
   | | **TO REOPEN DISCOVERY**
16 | JOHN FREITAS, SR.; CAROLYN |
17 | FREITAS AND NAZARY CABOZ, | **Special briefing schedule ordered**
18 | *in personam*, |
   | | Filed Concurrently With:
19 | Defendants. | • [Proposed] Order
20

21         Defendants, John Freitas, Sr. and Carolyn Freitas, hereby move for an

22 order to reopen discovery in the above-captioned case.

23         Plaintiff filed this action for deficiency on a preferred ship mortgage

24 against Defendants on February 14, 2018 (the "Action").   The Court issued a

25 scheduling order on August 20, 2018, wherein the parties to the Action were ordered

26 to complete fact discovery by January 31, 2019 (DKT No. 28).  As of that deadline,

27 none of the parties had conducted any discovery.

28

                                                  1
DEFENDANTS JOHN FREITAS, SR. AND CAROLYN FREITAS' MOTION TO REOPEN DISCOVERY
                                                Case No.: 18-cv-01259-GPC-JBL

On March 29, 2019, substitutions of attorney were filed on behalf of Defendants John Freitas, Sr. and Carolyn Freitas, substituting the undersigned counsel in place of their prior counsel, who, for medical reasons, was no longer able to carry out representation of Defendants (DKT Nos. 34 and 35).

Since entering this Action, the undersigned counsel has learned that the fishing vessel CAROL LINDA (the "Vessel"), which is at the center of this Action, had been resold by the Plaintiff to a bona fide purchaser. Details of the sale are currently unknown to Defendants and directly relate to this Action and the amount of deficiency, if any, of which Defendants may be liable.

Accordingly, fact discovery is required with respect to the issue of the resale of the Vessel. Defendants are currently preparing interrogatories and document requests and will be ready to serve the same on the Plaintiff upon the granting of this motion by the Court.

Concurrently with the filing of this motion, Defendants have filed a motion to amend the scheduling order, requesting that all dates and deadlines be extended 90 to 120 days. In the event that the Court does not grant that motion, Defendants request that that the Court order that the Plaintiff's responses to Defendants' forthcoming written discovery requests be due within 7 days of service as permitted by Fed. R. Civ. P. 33(b)(2); 34(b)(2)(A).

For the foregoing reasons, Defendants request that discovery be reopened. Respectfully submitted,

BORTON PETRINI, LLP

Dated: April 15, 2019

By_____

Jason A. Cohen and Heather A Rogers
Attorneys for Defendants, John
Freitas, Sr. and Carolyn Freitas

2

DEFENDANTS JOHN FREITAS, SR. AND CAROLYN FREITAS' MOTION TO REOPEN DISCOVERY
Case No.: 18-cv-01259-GPC-JBL

I hereby certify that, on April 15, 2019, a true and correct copy of the foregoing **Motion to Reopen Discovery on behalf of Defendants John Freitas, Sr. and Carolyn Freitas** was served was served electronically through CM/ECF on:

Frank J. Johnson, Jr.
Counsel for Defendant Nazary Caboz

Eric Kaufman-Cohen
Counsel for Plaintiff United States of America

A copy of the Proposed Order was emailed to Judge Burkhart and served via US Mail to the parties on April 15, 2019.

/s/
Jason A. Cohen

DEFENDANTS JOHN FREITAS, SR. AND CAROLYN FREITAS' MOTION TO REOPEN DISCOVERY
Case No.: 18-cv-01259-GPC-JBL